B104 (FORM 104) (08/07)     AMENDED                                                                                      EDVA

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only)<br>3:15-AP-3400-KRH |
|---|---|

| **PLAINTIFFS**<br>Shameta K. Boggs<br>Kelvin L. Boggs | **DEFENDANTS**<br>Credit Acceptance Corporation |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Jason M. Krumbein, Esq. America Law Group<br>8501 Mayland Dr., Suite 106<br>804.592.0792 (phone) 804.234.1159 (fax) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Determine priority, validity and extent of lien

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☑ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☑ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Shameta K. Boggs and Kelvin L. Boggs ||| BANKRUPTCY CASE NO.<br>3:14-BK-36051-KLP |
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern || DIVISION OFFICE<br>Richmond | NAME OF JUDGE<br>Phillips |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Jason M. Krumbein, Esq. ||||
| DATE<br>2016-01-24 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Jason M. Krumbein |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, *unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

*Per LBR 7003-1, in the EDVA, a properly completed Adversary Proceeding Cover Sheet is required.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | **Shameta K. Boggs** ) | |
| | **Kelvin L. Boggs** ) | |
| | ) | |
| | **Debtors.** ) | **Case No. 3:14-bk-36051-KLP** |
| | ) | **Chapter 13** |
| SSN: | xxx-xx-4043 ) | |
| | xxx-xx-1510 ) | |
| | ) | |
| Address: | 8203 Chamberlayne Rd. ) | |
| | Richmond, VA 23227 ) | |
| | ) | |
| **Shameta K. Boggs** | ) | |
| **Kelvin L. Boggs** | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| v. | ) | AP No. 3:16-AP_____-KLP- |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## COMPLAINT

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. 1334.

2. Mr. & Mrs. Boggs have commenced this case by filing, on November 10, 2014, a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

3. The Defendant is the holder of a judgment lien on a parcel of real property commonly known as 10614 Edenton Rd., Partlow, VA 22534 in the county of Spottsylvania, Virginia, The Boggs's primary residence, with a legal description of

    PARCEL 1: All that certain lot or parcel of real estate, together with all improvements thereon, lying and being in Berkeley magesterial district, Spottsylvania County, Virginia, and located about 2 miles north west of Wallers Church, containing 8.474 acers, as shown on plat of survey made by Louis Terrell, CPLS, dated August 30, 1976, which plat is recorded in Deed Book 416 at page 319, and made a part hereof by this reference thereto, LESS AND EXCEPT 1.080 acres as shown on plat of survey by Lewis Terrell, CLS, dated August 30, 1976, which was conveyed to Lewis T. Boggs, et ux, by deed

which is recorded in the Clerk's office of the Circuit County of Spottsylvania County, Virginia, immediately prior to the next hereinafter mentioned deed.

Said Property having been conveyed to Kelvin L. Boggs, Cassandra A. Boggs, and Michael A. Boggs, by deed of gift, dated April 15, 1983, and recorded in aforesaid Clerk's office, in deed book 583, page 426.

PARCEL 2: All that certain lot or parcel of real estate, together with all improvements thereon, lying and being in the Berkeley Magesterial District, Spottsylvania County, Virginia, and located about 2 miles north west of Wallers Church, containing 1.080 acres, as shown on plat of survey by Lewis Terrell, CLS, dated August 30, 1976, which was conveyed to Lewis T. Boggs, at book 416 at page 322.

Said property having been conveyed to Kelvin L. Boggs, Cassandra A. Boggs, and Michael A. Boggs, by deed of gift, dated April 15, 1983, and recorded in aforesaid Clerk's office, in deed book 583, page 426.

This conveyance is made subject to all easements, restrictions and reservations of record.

4. At the time of the bankruptcy, the principal residence was worth approximately $174,000. (based on tax assessed value) and was subject to a First Deed of Trust with a balance of $215,084.73 held by JP Morgan Chase, National Association. (See Proof of Claim #7).

5. At the time of the Bankruptcy, a judgment lien had been recorded in the Spottsylvania County Courthouse in favor of Credit Acceptance Corporation and against both debtors, was represented by Dominion Law Associates, PLLC. The judgment was recorded at Judgment Book 2014 pages, 1459.  (See POC #1 and attached judgment record exhibit A).

6. No security existed for the judgment.  This continues to be the case.

## REQUEST FOR RELIEF

1. Mr. & Mrs. Boggs requests the judgment by Credit Acceptance Corporation, be stripped off pursuant to 11 U.S.C. 506(d) and 11 U.S.C. 1322(b)(2) and treated as an unsecured debt.

Respectfully Submitted,

Sheameta K. Boggs
Kelvin L. Boggs

BY COUNSEL: /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB 43538
Counsel for the Debtor(s) in Bankruptcy
America Law Group
8501 Mayland Dr., Suite 106
Richmond, VA 23294
Tel: 804.592.0792 Fax: 804.234.1159
jkrumbein@krumbeinlaw.com

Instrument# 201400001459 Page 1

**ABSTRACT OF JUDGMENT**
Commonwealth of Virginia  VA. CODE § 8.01-449

Case No. GV12003411-00

SPOTSYLVANIA GENERAL DISTRICT COURT - CIVIL  COURTHSE RD JUD CTR PO339, SPOTSYLVANIA, VA 22553
DISTRICT COURT NAME AND ADDRESS

CREDIT ACCEPTANCE CORPORATION          v.  BOGGS, SHAMETA          2014 * 1459
FULL NAME OF PLAINTIFF (LAST, FIRST, MIDDLE)    FULL NAME OF DEFENDANT (LAST, FIRST, MIDDLE)

ADDRESS                                      ADDRESS
                                             10814 EDENTON ROAD
                                             PARTLOW, VA 22534

RECEIVED + FILED
MAR 25 2014
SPOTSYLVANIA CIRCUIT COURT
11:35 AM

CITY        STATE        ZIP        CITY        STATE        ZIP
                         0000                                0000
DATE OF BIRTH   SSN (LAST FOUR DIGITS ONLY)   DATE OF BIRTH   SSN (LAST FOUR DIGITS ONLY)
                                              BOGGS, KELVIN

FULL NAME OF PLAINTIFF(S)                     FULL NAME OF DEFENDANT(S)

ADDRESS                                       ADDRESS
                                              10814 EDENTON ROAD
                                              PARTLOE, VA 22534

CITY        STATE        ZIP        CITY        STATE        ZIP
                                                             0000
DATE OF BIRTH   SSN (LAST FOUR DIGITS ONLY)   DATE OF BIRTH   SSN (LAST FOUR DIGITS ONLY)

This is to certify that a judgment was rendered in this court in favor of:
[x] PLAINTIFF(S) against DEFENDANT(S)
[ ] DEFENDANT(S) against PLAINTIFF(S)
[ ] _____ v. _____

DATE OF JUDGMENT       08/08/2012
$ 2,948.84
                       AMOUNT OF JUDGMENT

$
                       AMOUNT OF JUDGMENT NOT SUBJECT TO ACCRUAL OF INTEREST

HOMESTEAD EXEMPTION WAIVED  [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED

$
                       ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED

INTEREST RATE(S) AND BEGINNING DATE(S)
28.99 % FROM 5/5/11
COSTS               ATTORNEY'S FEES       ATTORNEY
$ 70.00             $                     ZECCA, SARAH

OTHER:

I certify the above to be a true abstract of a judgment rendered in this court.

08/24/2012                          _____
DATE                                [ ] CLERK  [ ] JUDGE

FORM DC-465 MASTER 7/07

## Parcel Information

**Parcel ID:** 72-A-20A
**Physical Address:** 10614 Edenton RD
**Legal Description:** Gatewood
**Deeded Acreage:** 7.39

### Value for 2014

| | |
|---:|:---|
| **Year:** | 2014 |
| **Land Value:** | $39,300 |
| **Building Value:** | $135,400 |
| **Total Value:** | $174,700 |

### Building Information

#### Building ID #40865

**Year Built:** 2006 Single-family Residence
**Total Area:** 1,824 sqft
**Bedrooms:** 3
**Full Bathrooms:** 2
**Half Bathrooms:** 1
**Attached Garage (SF):** 336
**Composition Shingle:** Yes
**Direct-Vented, Gas (#):** 1
**Frame, Siding, Vinyl:** Yes
**Heat Pump:** Yes
**Raised Slab Porch (SF) with Roof:** 180
**Total Basement Area (SF):** 1104

### Owner's Name & Mailing Address

Kelvin L Boggs or
Shameta Boggs
10614 Edenton RD
PARTLOW, VA 22534-9641

### Sales Information as of 10/20/2014

**Date of Transfer:** 04/03/2006
**Transfer Type:** Gift
**Instrument Number:** 0011345
**Sale Price:** $0.00

If you find any information that you believe is inaccurate, please <u>click here</u> to send an email to our Real Estate Department.