# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **In re:**<br>Shameta Kontaya Boggs and Kelvin Lawrence Boggs | **Case Number**  14−36051−KLP<br>**Chapter**  13<br>**Adversary Proceeding Number 16−03006−KLP**<br>**Judge**  Keith L. Phillips |

Debtor(s)

Shameta Kontaya Boggs et al.

Plaintiff(s)

V.

Credit Acceptance Corporation

Defendant(s)

**To:**  Jason Krumbein

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*1* – Adversary case 16−03006. Complaint against Credit Acceptance Corporation (Fee Amount of $350 is Exempt ) filed by Shameta Kontaya Boggs, Kelvin Lawrence Boggs. Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)), (91 (Declaratory judgment)) Associated Bankruptcy Case Number: 3:14−bk−36051 (Krumbein, Jason)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:

- ___ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- ___ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- ___ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]
- ___ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090−1(E)(2)(a)]

### REQUIREMENT OF FORM:

- ___ **Legibility:** not in compliance with LBR 5005−1(C)(1)
- **X** **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable,* **X** Case name and number do not match on paper submitted.
- **X** **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - ___ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
  - ___ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - ___ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- ___ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- ___ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry  or redocket to attach the correct document.
- ___ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- ___ Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090−1]

Date:  January 26, 2016       Clerk, United States Bankruptcy Court

By /s/ Cindy Baumgartner, Deputy Clerk
Direct Dial Telephone No. 804−916−2413

[ntcdef_filingvDec2015.jsp]